BLACK *v.* THE STATE.

LITTLE, J.   There is evidence in the record which authorizes the verdict rendered by the jury.   There are no substantial errors in the charges of the judge of which complaint is made, nor in his refusal to charge as set out in the motion for a new trial.

*Judgment affirmed.   All the Justices concurring.*

Submitted October 5, — Decided October 28, 1899.

Indictment for setting fire to an outhouse.   Before Judge Littlejohn.   Sumter superior court.   May term, 1899.

*J. R. Williams,* for plaintiff in error.
*F. A. Hooper, solicitor-general,* contra.

---

MONTGOMERY *v.* THE STATE.

SIMMONS, C. J.   The only error complained of being the overruling of the motion for a new trial, based on the ground that the evidence was not sufficient to sustain the verdict, and there being enough evidence to warrant the same, the trial judge did not err in refusing the motion.    *Judgment affirmed.   All the Justices concurring.*

Submitted October 16, — Decided October 28, 1899.

Indictment for burglary.   Before Judge Harris.   Coweta superior court.   March term, 1899.

*W. L. Stallings,* for plaintiff in error.
*T. A. Atkinson, solicitor-general,* contra.